IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                                                                    CASE NO.:  3:10CR003-A

PHILIP HALBERT NEILSON

<u>NOTICE OF WITHDRAWAL OF PLEADINGS</u>

COMES NOW, Kenneth Coghlan, attorney for Philip Halbert Neilson, and files this Notice of Withdrawal of Pleadings and in support of said Notice would show unto the Court the following, to-wit:

1.

Consistent with the undersigned's Motion to Withdraw as Counsel previously filed in this case, the undersigned also withdraws all pleadings filed in this case.

This the 1st day of June, 2010.

                                      Respectfully submitted,

                                      Kenneth Coghlan
                                      RAYBURN COGHLAN LAW FIRM, PLLC
                                      P. O. Drawer 1360
                                      Oxford, MS 38655
                                      (662) 234-7575
                                      (662) 234-1999

                                      BY:_____/s/ Kenneth H. Coghlan_____
                                            KENNETH H. COGHLAN
                                            Mississippi Bar No.: 6336

CERTIFICATE OF SERVICE

I, KENNETH H. COGHLAN, of Rayburn Coghlan Law Firm, PLLC, Oxford, Mississippi, do hereby certify that on the 1st day of June, 2010  I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:   richard.bourgeois@usdoj.gov; Rene.Salomon@usdoj.gov. I have also provided a copy of said Notice to Philip Halbert Neilson.

    /s/ Kenneth H. Coghlan
KENNETH H. COGHLAN