FILED
NOV - 8 2010
DAVID CREWS, CLERK
By:_____ 3:10CR3-A
         Deputy

## AFFIDAVIT RELATIVE TO UTILIZATION OF A LAPTOP COMPUTER

In conjunction with my duties as a member of the press, I request that I be authorized to utilize my laptop computer in the designated Federal courtroom in Aberdeen, Mississippi for note-taking purposes only. I agree to the following terms and conditions in regard to the utilization of my laptop computer and other subject electronics.

I, _Patsy R Brumfield_, a certified member of the press and an employee of _Journal Publishing Co._, swear under oath that any and all photographic capabilities, audio and video recording devices, wireless antennas, blogging capabilities, wireless cards, air-cards, all internet connection devices and means, along with any other means of communicating with persons within or outside of the courtroom have been disabled on both my laptop computer and cell-phone. I further certify that my laptop computer and/or cell-phone will be used only as a word processor within the courtroom.

Additionally, any transmission of information will occur only from the confines of the designated media room.

The undersigned understands that failure to adhere to the foregoing will result in the revocation of the privilege of utilizing a laptop in a Federal courtroom in Aberdeen, Mississippi.

WITNESS MY SIGNATURE, this the 8th day of Nov. , 2010.

_____
AFFIANT

SWORN AND SUBSCRIBED BEFORE ME, this the 8th day of November, 2010.

David Crews, Clerk of Court
By: Marcia H. Gettys
Clerk of Court
Deputy in charge