UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                                   CRIMINAL NO. 3:10CR03-SA

PHILIP HALBERT NEILSON                                  DEFENDANT

## ORDER DECLARING MISTRIAL

At the conclusion of the proof in this cause, the jury retired to deliberate. After thirteen hours of deliberation, the jury reported a deadlock as to some of the counts in the indictment, and after an additional two hours of deliberation, the jury reported that it was still deadlocked as to Counts One, Three and Four.

Accordingly, the court finds that further deliberation would not yield a verdict as to these counts and hereby orders a mistrial as to Counts One, Three, and Four of the indictment.

SO ORDERED this 20th day of November, 2010

　　　　　　　　　　　　　　　　　　　　/s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　　　U.S. District Judge