*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

# NOTICE

UNITED STATES OF AMERICA

VS.                                                    CASE NUMBER 3:10CR03-SA-SAA

PHILIP HALBERT NEILSON

---

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| **UNITED STATES FEDERAL BUILDING**<br>**301 WEST COMMERCE STREET**<br>**ABERDEEN, MISSISSIPPI** | **COURTROOM NUMBER 1 - THIRD FLOOR**<br><br>Date and Time<br>**TUESDAY, JANUARY 18, 2011, 9:40 A.M.** |

**Type of Proceeding**

**MVD/JURY TRIAL SET ON COUNTS ONE, THREE AND FOUR
BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK
(IF JURY LIST AND INFORMATION SHEETS FOR JURORS ARE DESIRED,
PLEASE CONTACT JURY CLERK, OXFORD, MS (662) 234-7400)
*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

---

DAVID CREWS, Clerk of Court

BY: /s/ Ginger Sullivan
GINGER SULLIVAN, COURTROOM DEPUTY

Date: November 22, 2010

To:   Christi R. McCoy (electronic notice only)           Ronald Dale Michael (electronic notice only)
      Rene Irvin Salomon (electronic notice only)         Richard L. Bourgeois (electronic notice only)
      U.S. Probation Service (electronic notice only)     U.S. Marshal Service (electronic notice only)

**CONTACT GINGER SULLIVAN AT 662-369-2628 OR Ginger_Sullivan@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**